IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

    Petitioner,               No. CIV-S-04-0981 LKK KJM P

   vs.

TOM L. CAREY,

    Respondent.          ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On February 9, 2006, the court ordered respondent to, among other things, "provide concise briefing as to how long petitioner had to file an administrative grievance" after he was denied parole in 1994 and 1996. Respondent has provided evidence indicating petitioner had ninety days to file such a grievance but respondent fails to identify the legal authority indicating how long petitioner had to file his grievance. Good cause appearing, IT IS HEREBY ORDERED that, within five days of this order, respondent shall

/////
/////
/////
/////

1

1 provide the court with the legal authority supporting the proposition that petitioner had ninety
2 days from the times he was denied parole in 1994 and 1996 to file an administrative grievance
3 regarding those denials.
4 DATED: March 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
tayl0981.157