IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

    Petitioner,           No. CIV S-04-0981 LKK KJM P

    vs.

TOM L. CAREY,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On April 10, 2006, petitioner filed a motion for discovery concerning, among other things, a "no parole" policy he alleges is being implemented by the California Board of Prison Terms. In this court's March 14, 2006 order, petitioner was told to refrain from filing this motion until after respondent files his answer. Good cause appearing, petitioner's April 10, 2006 motion for discovery is denied without prejudice to refiling after respondent files his answer.

/////

/////

/////

/////

1

1    Petitioner is cautioned that if he fails to follow court orders in the future he may
2 be sanctioned, possibly with dismissal of this action under Rule 41(b) of the Federal Rules of
3 Civil Procedure.
4 DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
tayl0981.dis