IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

    Petitioner,               No. CIV S-04-0981 LKK KJM P

    vs.

TOM L. CAREY,

    Respondent.             ORDER

_____/

        For the same reason set forth in the court's order of May 2, 2006, petitioner's June 23, 2006 "motion for discovery" is denied without prejudice. Petitioner is warned, for the second time, that if he fails to follow court orders in the future he may be sanctioned, possibly with dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: August 11, 2006.

                                           UNITED STATES MAGISTRATE JUDGE

1
tayl0981.dwp

1